In the Matter of the Accounting of CHARLES MEYER, as Administrator with the Will Annexed of FRANCES ECKMEYER, Deceased.

HERMINE A. HEYE et al., Appellants; AUGUST B. MEYER, as Substitutionary Administrator with the Will Annexed of CHARLES MEYER, Deceased, Respondent.

(Argued November 18, 1936; decided December 4, 1936.)

*Raymond T. Heilpern, Otto C. Sommerich* and *Benjamin Busch* for appellants.

*Bernard A. Shalek, Edgar R. Mead* and *Richard S. Ritzel* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.